UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
NORMA PITTEL                            ORDER OF DISMISSAL
        Plaintiffs,                          FOR FAILURE TO
  -v-                                       PROSECUTE
                                             Cv-05-2738(TCP)

HILCO RECEIVABLES, LLC
        Defendants.
--------------------------------------------------X

     IT IS HEREBY ORDERED that the above entitled matter be dismissed for failure to prosecute. There having been no activity in this case since July 19, 2005 and there was no response to Magistrate Judge James Orenstein's request for a written status report filed on December 29, 2005.

     IT IS FURTHER ORDERED that the Clerk of the Court is directed to mark the case closed.

                                                                         /s/
                                                      Thomas C. Platt
                                                      U.S. District Judge

Dated: Central Islip, NY
        November 9, 2006